IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MEZZE USA LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 23-cv-958 (LMB/JFA) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that plaintiffs' Motion for Preliminary Injunction [Dkt. No. 7] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of August, 2023.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge